JS-6

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| FARHA ENTERPRISES, INC., a California Corporation, | Case No. 12-CV-08873-PA-VBK |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | Complaint Filed: October 16, 2012 |
| EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES INC., a Texas corporation and DOES 1 through 10, Inclusive, | District Judge: Hon. Percy Anderson<br>Dept: 15 |
| Defendants. | Magistrate: Hon. Victor B. Kenton<br>Dept: 590<br>Trial Date: Not Set |

1  Having considered the Stipulation to Dismiss Entire Action With Prejudice by
2  and between the parties, the Court hereby orders this action to be dismissed with
3  prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party
4  shall bear their own attorneys' fees and costs.

6  IT IS SO ORDERED.

9  Dated: August 7, 2013  _____
   Hon. Percy Anderson
   United States District Judge